UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE                                                                6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                          GREENBELT, MARYLAND 20770
                                                                                                              301-344-0632

## MEMORANDUM

TO:     U.S. Probation and Pretrial Services Office; U.S. Attorney's Office for the District of Maryland

FROM: Judge Peter J. Messitte

RE:     United States v. Hall, No. 20-cr-410

DATE: February 29, 2024

\* \* \*

Shanique Hall has filed a letter with the Court requesting the return of her passport (ECF No. 2). She claims that her term of supervised release ended on August 17, 2023, and the passport that she surrendered pending her criminal proceedings and supervised release has not been returned to her.

It appears that jurisdiction for the supervision of Hall's release was transferred to this Court on November 19, 2020 from the Middle District of Pennsylvania, where she was sentenced to three years' probation for her conviction on one count of making false statements during the purchase of a firearm, in violation of 18 U.S.C. § 924(a)(1).

Before taking any action in response to Hall's request, the Court will need to hear from the Government and the U.S. Probation and Pretrial Services Office as to whether she has satisfactorily completed her term of probation.

Accordingly, the Court **ORDERS** the Government and the Probation officer assigned to Hall's case to advise the Court, in writing, about whether Hall has satisfactorily completed her term of probation in the next fourteen (14) days.

The Clerk of Court is directed to docket this correspondence and to send a copy to the U.S. Attorney's Office, the Probation Office, and Hall.

                                                                                    Peter J. Messitte
                                                                                    United States District Judge

CC: Court file
        Shanique Hall